**MAYER BROWN LLP**
RUTH ZADIKANY (SBN 260288)
*rzadikany@mayerbrown.com*
C. MITCHELL HENDY (SBN 282036)
*mhendy@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendants
DAVEY TREE SURGERY COMPANY and
THE DAVEY TREE EXPERT COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DANTE BRUMSEY, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVEY TREE SURGERY COMPANY, a Corporation; THE DAVEY TREE EXPERT COMPANY, a Corporation; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No. 5:26-cv-1443<br><br>**DECLARATION OF ANNA C. DAVIS IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**<br><br>Removed from the Superior Court for the County of Santa Cruz<br><br>State Case No. 26CV00093<br><br>Action Filed: January 9, 2026<br>Trial Date: None set |

# DECLARATION OF ANNA C. DAVIS

I, Anna C. Davis, declare as follows:

1. I have been employed by The Davey Tree Expert Company since July 29, 2002, and my current title is Senior Vice President of Human Resources. I submit this Declaration in support of Davey Tree Surgery Company and The Davey Tree Expert Company's Notice of Removal. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently as to those facts.

2. Plaintiff Dante Brumsey was employed by Davey Tree Surgery Company ("Davey Surgery") from August 18, 2014 to July 8, 2025.

3. During his employment with Davey Surgery, Brumsey was a member of and represented by a labor organization, Local Union 1245 of the International Brotherhood of Electrical Workers, AFL-CIO ("Union"), and his employment was governed by collective bargaining agreements that were in effect between Davey Surgery and the Union. As relevant to this action, Plaintiff was a covered employee under a CBA effective from January 1, 2020, through May 31, 2022 (the "2020 CBA"), and a CBA effective from June 1, 2022, through September 30, 2027 (the "2022 CBA").

4. True and accurate copies of the 2020 CBA and the 2022 CBA are attached hereto as **Exhibits 1** and **2**, respectively.

5. From at least 2021 until his termination in July 2025, Brumsey held a job title of Climber 4. Brumsey's job title (Climber 4) corresponds to the classification under the 2020 CBA and 2022 CBA of Journeyman Tree Trimmer, which the CBAs define as "A person who has completed a minimum of 18 months of related training and on-the-job experience, is familiar with the special techniques and hazards involved in line clearance tree trimming operations and upon successfully passing all the requirements of the Company Line Clearance Tree Trimmer Certification Program." *See* Exs. 1 and 2, § 8.3(c).

6. During his employment with Davey Surgery, Brumsey frequently worked alternative workweek schedules of four, ten-hour days per week. *See* Exs. 1 and 2, § 3.8.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct and that this Declaration was executed on February 19, 2026 in Kent, Ohio.

_Anna C. Davis_
Anna C. Davis