**MAYER BROWN LLP**
RUTH ZADIKANY (SBN 260288)
*rzadikany@mayerbrown.com*
C. MITCHELL HENDY (SBN 282036)
*mhendy@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendants
DAVEY TREE SURGERY COMPANY and
THE DAVEY TREE EXPERT COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| DANTE BRUMSEY, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DAVEY TREE SURGERY COMPANY, a Corporation; THE DAVEY TREE EXPERT COMPANY, a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:26-cv-1443<br><br>**DEFENDANTS DAVEY TREE SURGERY COMPANY AND THE DAVEY TREE EXPERT COMPANY'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP PURSUANT TO LOCAL RULE 3-15**<br><br>Removed from the Superior Court for the County of Santa Cruz<br><br>State Case No. 26CV00093<br><br>Trial Date: None<br>Action Filed: January 9, 2026 |

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record for Defendants Davey Tree Surgery Company and The Davey Tree Expert Company, hereby certify that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff Dante Brumsey;

2. Defendant Davey Tree Surgery Company; and

3. Defendant The Davey Tree Expert Company, which owns 100% of Davey Tree Surgery Company.

Dated: February 19, 2026                    MAYER BROWN LLP


                                            By: */s/ Ruth Zadikany*
                                                Ruth Zadikany
                                                C. Mitchell Hendy

                                            Attorneys for Defendants
                                            DAVEY TREE SURGERY COMPANY and
                                            THE DAVEY TREE EXPERT COMPANY

- 1 -

CIVIL LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP OF DEFENDANTS DAVEY TREE SURGERY COMPANY AND THE DAVEY TREE EXPERT COMPANY; CASE NO. 5:26-CV-1443