**MAYER BROWN LLP**
RUTH ZADIKANY (SBN 260288)
*rzadikany@mayerbrown.com*
C. MITCHELL HENDY (SBN 282036)
*mhendy@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Defendants
DAVEY TREE SURGERY COMPANY and
THE DAVEY TREE EXPERT COMPANY

[*Additional Counsel Listed on Next Page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DANTE BRUMSEY, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DAVEY TREE SURGERY COMPANY, a Corporation; THE DAVEY TREE EXPERT COMPANY, a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:26-cv-01443-EKL<br><br>**THIRD JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT [L.R. 6-1]**<br><br>Trial Date:  None<br>Removed: February 19, 2026<br>Action Filed: January 9, 2026 |

**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Nicholas J. De Blouw (State Bar #280922)
Christine T. LeVu (State Bar #288271)
Adolfo Sanchez Contreras (State Bar #354371)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Website: www.bamlawca.com
Email(s):
   norm@bamlawca.com
   kyle@bamlawca.com
   AJ@bamlawca.com
   nick@bamlawca.com
   christine@bamlawca.com
   adolfo@bamlawca.com

Attorneys for Plaintiff
DANTE BRUMSEY

- 2 -

JOINT STIPULATION TO FURTHER EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT;
CASE NO. 5:26-CV-01443-EKL

Pursuant to Local Rule 6-1, Plaintiff Dante Brumsey ("Plaintiff") and Defendants Davey Tree Surgery Company and The Davey Tree Expert Company ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to the following:

WHEREAS, on January 9, 2026, Plaintiff filed a Complaint ("Complaint") in the Superior Court of California for the County of Santa Cruz, asserting nine causes of action for violations of various provisions of the California Labor Code, IWC Wage Orders, and the California Unfair Competition Law;

WHEREAS, on January 20, 2026, Defendants were served with the Complaint and summons;

WHEREAS, on February 19, 2026, Defendants removed this action to the United States District Court for the Northern District of California;

WHEREAS, on February 20, 2026, the Parties entered into and filed a stipulation extending the deadline for Defendants to answer or otherwise respond to the Complaint by 29 days, up to and including March 27, 2026;

WHEREAS, Defendants anticipate filing a motion to compel arbitration or, in the alternative, to dismiss for failure to state a claim (the "Motion");

WHEREAS, on March 25, 2026, the Parties entered into and filed a second joint stipulation further extending the deadline for Defendants to answer or otherwise respond to the Complaint by 21 days, up to and including April 17, 2026, in order to give the parties additional time to meet and confer regarding Defendants' Motion;

WHEREAS, counsel for the Parties have continued to meet and confer regarding Defendants' Motion, including engaging in discussing as recently as this morning regarding Plaintiff's claims and Defendants' defenses.

WHEREAS, as a result of those meet and confer discussions, Plaintiff has agreed to amend her Complaint to dismiss her overtime, meal period, and sick leave claims (i.e., the third, fourth and ninth claims for relief in the Complaint).

WHEREAS, the Parties agree that an additional two-week extension is warranted to afford

Plaintiff time to amend the Complaint and thereby narrow the scope of issues ultimately presented to the Court in Defendants' Motion;

WHEREAS, counsel for the Parties agree good cause supports an additional extension of Defendants' deadline to answer or otherwise respond to the Complaint of 14 days—up to and including May 1, 2026;

WHEREAS, the extension through May 1, 2026 will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, this is Defendants' third request for an extension of time to respond to the Complaint;

WHEREAS, if Plaintiff amends the Complaint on or before May 1, 2026, Defendants will respond to the amended pleading within 14 days after service of the amended pleading per Rule 15(a)(3) of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated and agreed between Plaintiff and Defendants that Defendants' deadline to answer or otherwise respond to the Complaint is extended by 14 days, to and including May 1, 2026.

Dated: April 17, 2026                                    MAYER BROWN LLP


                                                         By: */s/ Ruth Zadikany*
                                                             Ruth Zadikany
                                                             C. Mitchell Hendy

                                                         Attorneys for Defendants
                                                         DAVEY TREE SURGERY COMPANY and
                                                         THE DAVEY TREE EXPERT COMPANY

- 4 -

Dated: April 17, 2026

BLUMENTHAL NORDREHAUG
BHOWMIK DE BLOUW LLP


By: /s/ *Christine LeVu*
Nicholas J. De Blouw
Christine LeVu

Attorneys for Plaintiff
DANTE BRUMSEY


## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), regarding Signatures, I hereby attest that all signatories have concurred to the filing of this document.


Dated: April 17, 2026

/s/ *Ruth Zadikany*
Ruth Zadikany

- 5 -